PS-8
8/88

# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Mohammed Hammed Ahmed**                    **Docket No.  5:10-CR-113-3BR**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting an official report upon the conduct of defendant, Mohammed Hammed Ahmed, who was placed under pretrial release supervision by the Honorable James E., U.S. Magistrate Judge, sitting in the Court at  Raleigh, NC, on the  8th day of September, 2010, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Surrender any passport to the United States Probation Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:  All Co-Defendants

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.

The defendant appeared before Honorable W. Earl Britt, Senior U.S. District Judge for arraignment on November 1, 2010, and supervision was continued under the existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 15, 2010, the defendant provided a positive urinalysis for marijuana. On December 30, 2010, another urinalysis was taken and the defendant again tested positive for marijuana. In response to his continued substance use, it is recommended that his conditions of pretrial release be modified to include home detention supported by electronic monitoring. The U.S. Attorney's Office voiced no objection to the proposed modification. The defendant signed a Waiver of Hearing agreeing to the proposed modification of pretrial release.

**PRAYING THAT THE COURT WILL ORDER** that pretrial supervision be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller

/s/Maurice J. Foy

Jeffrey L. Keller
Supervising U.S. Probation Officer

Maurice J. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8678
Executed On: December 30, 2010

## ORDER OF COURT

Considered and ordered this _____ 3 _____ day of _____ January 2011 _____, 2010, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge