# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Mohammed Hammed Ahmed                  Docket No. 5:10-CR-113-3BR

**Petition for Action on Supervised Release**

      COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mohammed Hammed Ahmed, who, upon an earlier plea of guilty to Conspiracy to Commit Wire Fraud and Mail Fraud, 18 U.S.C. § 1349, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on April 4, 2011, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

      Mohammed Hammed Ahmed was released from custody on March 14, 2013, at which time the term of supervised release commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On April 9, 2014, the defendant submitted a request for travel and was given permission to visit his fiancé and her family in Buffalo, New York from April 23, 2014, until April 28, 2014. However, on April 21, 2014, the defendant left the United States without the permission of the court and entered into Canada. On April 25, 2014, the probation officer was contacted by U.S. Customs and Border Protection, indicating that Mr. Ahmed was re-entering the United States. Mr. Ahmed did not have permission to leave the district earlier than April 23, 2014, and he did not have permission from the court to travel to Canada. As a result of his poor choices, the probation office is recommending that he complete up to 90 days of electronic monitoring as his expense. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Mohammed Hammed Ahmed
Docket No. 5:10-CR-113-3BR
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Maurice J. Foy |
| Jeffrey L. Keller | Maurice J. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: May 5, 2014 |

**ORDER OF COURT**

Considered and ordered this ___6___ day of __May_____, 2014, and ordered filed and made a part of the records in the above case.